# Exhibit A


**CONFIDENTIAL**


Lloyd's List Intelligence Seasearcher

✉ customersuccess@lloydslistintelligence.com

# Vessel Report

Your vessel report for 'Argos M'



Downloaded by *jameskennedy@preston-turnbull.com*
on *31 January 2023*

## Customised to include:

- ✓ Vessel Details
- ✓ Ownership

*This report is strictly confidential and supplied subject to our terms and conditions.*
*Lloyd's is the registered trademark of the Society incorporated by the Lloyd's Act 1871 by the name of Lloyd's.*

Lloyd's List Intelligence
Seasearcher

Vessel Report - Argos M

CONFIDENTIAL

# Vessel Overview

## Argos M - Summary
**Last Updated:** 23 Dec 2022

| | | | |
|---|---|---|---|
| LLI NO | 4686959 | IMO | 9502788 |
| Flag: | 🇱🇷 Liberia | LLI Vessel Type | bulk carrier |
| Status: | ● Live | Reg. Owner | Argos Bulkers Incorporated |
| Built | 2010 | DWT | 35358 |
| GT | 22402 | Hull Type | Single |
| Latest AIS message type | A | | |

## Operational Analytics

| Name | Flag | Class | P & I Club | Beneficial Owner | Casualties | Inspected | Detained | Seizures & Arrests | Calls | Sanctions | Ais Gaps |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 3 | 0 | 2 | 4 | 0 | 51 | 2 | 0 | 702 | 0 | 30 |

## Registration
**Last Updated:** 23 Dec 2022

| | |
|---|---|
| Name: | Argos M |
| Name history: | see table below |

| Name | From | Until |
|---|---|---|
| Asia Pearl V | Before 19 Mar 2015 | Before 29 Dec 2020 |
| Annabell | After 28 Oct 2010 | Before 18 Mar 2015 |
| Pretty Gown | Before 01 Oct 2010 | Before 27 Oct 2010 |

| | |
|---|---|
| Flag: | 🇱🇷 Liberia |
| Flag Official Number: | 20439 |
| Flag history: | see table below |

| Flag | Flag Official Number | Call Sign | MMSI | Port of registry | From | Until |
|---|---|---|---|---|---|---|
| SGP | | 9V3194 | 566256000 | Singapore | Before 19 Mar 2015 | Before 28 Dec 2020 |
| LBR | 91881 | A8UC2 | 636091881 | Monrovia | After 28 Oct 2010 | Before 18 Mar 2015 |
| DEU | | | | | Before 01 Sep 2010 | Before 27 Oct 2010 |

| | | | |
|---|---|---|---|
| Call Sign | D5ZG2 | IMO | 9502788 |
| MMSI | 636020439 | Port of registry | Monrovia |

# Vessel Details

© 2023 Informa UK Ltd, All rights reserved. Downloaded by: jameskennedy@preston-turnbull.com

2

## Tonnage
**Last Updated:** 14 Dec 2010

| | | | |
|---|---|---|---|
| GT | 22402 | Net | 12019 |
| DWT | 35358 | Formula DWT | 32251 |

## History
**Last Updated:** 07 Aug 2012

### Construction

| | | | |
|---|---|---|---|
| Yard Number | CQS-0807 | Built by | Nantong Chang Qing Sha Shipyard |
| Built at | Nantong | Ordered | Before 01 Dec 2007 |
| Scheduled delivery date | In the month of 01 Sep 2010 | Construction start | 29 Apr 2010 |
| Construction end | 28 Oct 2010 | | |

### Launch

| | |
|---|---|
| Launched | 23 Jul 2010 |

### Status

n/a

## Dimensions
**Last Updated:** 08 Jul 2020

### Breadth

| | | | |
|---|---|---|---|
| Extreme: | | Moulded: | 28.4m |

### Depth / Draught

| | | | |
|---|---|---|---|
| Depth: | 15.0m | Draught: | 10.8m |
| Freeboard: | 4200.0mm | | |

### Length

| | | | |
|---|---|---|---|
| Between Perpendiculars: | 171.5m | Registered: | 179.9m |
| Overall: | 179.9m | | |

## Class and Insurance

| | |
|---|---|
| Clubs | London Steamship Owners Mutual Insurance Association Ltd |

P & I history:

| P & I club | From | Until |
|---|---|---|
| Standard Steamship Owners Protection & Indemnity Association (Bermuda) Ltd | Before 10 Apr 2015 | Before 10 Jan 2021 |
| Assuranceforeningen Skuld | 28 Oct 2010 | Before 01 Jun 2015 |

Class:

| Class | From |
|---|---|
| Bureau Veritas | After 01 Jan 2010 |

## Survey

© 2023 Informa UK Ltd, All rights reserved. Downloaded by: jameskennedy@preston-turnbull.com      3

| Survey type | Last survey date | New survey date |
|---|---|---|
| Docking survey | 25 Sep 2015 | 27 Oct 2025 |
| Intermediate survey | 31 Aug 2018 | - |
| Special survey | 01 Sep 2015 | 27 Oct 2025 |
| Tailshaft survey | 25 Sep 2015 | - |

## Hull Details
**Last Updated:** 08 Jul 2020

### Hull Info

| | | | |
|---|---|---|---|
| Build Material | Steel | Decks | 1 |
| Watertight Compartments | 6 | Hull Type | Single |
| Bulbous Bow | Yes | Strengthened for Heavy Cargo | No |

### Ballast

n/a

© 2023 Informa UK Ltd, All rights reserved. Downloaded by: jameskennedy@preston-turnbull.com        4

## Facilities

### Dry Capacity

| | | | | |
|---|---|---|---|---|
| Bale Capacity | 42586 | | Grain Capacity | 45294 |

### Hatches 3

| Width | Length | Hatch Number |
|---|---|---|
| 14.72 | 17.92 | 1 |
| 18.72 | 19.52 | 5 |
| 20.32 | 19.52 | 9 |

### Holds 1

| Width | Depth | Length | Hold Number |
|---|---|---|---|
| | | | 5 |

### Tank Capacity

| | | | | |
|---|---|---|---|---|
| Crude Capacity (Barrels) | 0 | | Crude Oil Washing | No |

### Lifting Gear 1

| Number | Type | SWL |
|---|---|---|
| 4 | CRN | 30.5 |

## Machinery

**Last Updated:** 03 Jun 2019

### Main Engines 2

| | |
|---|---|
| Type | Diesel (1) |
| Power (Kilowatts) | 6480 |
| Horsepower | 8804 |
| Designed By | B&W Diesel A/S |
| Built by | STX Engine Company Limited |
| Cylinders | 6 |
| Bore | 420.0 |
| Stroke | 1764.0 |
| Fuel | Marine Diesel |
| Designation | 6S42MC |
| Type | Diesel (1) |

© 2023 Informa UK Ltd, All rights reserved. Downloaded by: jameskennedy@preston-turnbull.com    5

| | |
|---|---|
| Power (Kilowatts) | 6480 |
| Horsepower | 8804 |
| Designed By | **B&W Diesel A/S** |
| Built by | **STX Engine Company Limited** |
| Cylinders | 6 |
| Bore | 420.0 |
| Stroke | 1764.0 |
| Fuel | Marine Diesel |
| Designation | 6S42MC |

## Auxiliary Engines 4

| | |
|---|---|
| Type | diesel (3) |
| Function | Auxiliary Engine |
| Designed By | **MAN Energy Solutions SE** |
| Cylinders | 5 |
| RPM | 1200 |
| Engine | 500 |
| Designation | CXZ MAN 5L 16/24 |

| | |
|---|---|
| Type | diesel (1) |
| Function | Auxiliary Engine |
| RPM | 1200 |
| Engine | 132 |
| Designation | 6CT -8.3-D |

## Primary Fuel Type

| | |
|---|---|
| Type | Marine Diesel |

## Speed

| | |
|---|---|
| Speed (Knots) | 15.2 |

## Propulsion Systems

| Propeller Type | Thruster Type | Number | Propeller Material | System Manufacturer |
|---|---|---|---|---|
| Fixed Pitch | | 1 | Bronze | Changzhou Zhonghai Marine Propeller Company Limited |

## Boilers 1

© 2023 Informa UK Ltd, All rights reserved. Downloaded by: jameskennedy@preston-turnbull.com



Vessel Report - Argos M

| Type | Number | Auxillary | Pressure | MPA | Heat |
|------|--------|-----------|----------|-----|------|
|      | 1      | n/a       |          |     |      |

## Scrubbers

n/a

*\* Values derived by analysts*

## Ownership

**LAST REPORTED**

| | | | | |
|---|---|---|---|---|
| **Beneficial Owner** | **Commercial Operator** | **Registered Owner** | **Technical Manager** | **ISM Manager** |
| Pontos Marine Incorporated | Pontos Marine Incorporated | Argos Bulkers Incorporated | Pontos Marine Incorporated | Pontos Marine Incorporated |
| Greece | Greece | Marshall Islands | Greece | Greece |
| From 30 Dec 2020 to present | From 30 Dec 2020 to present | From 30 Dec 2020 to present | From 30 Dec 2020 to present | From 30 Dec 2020 to present |

**30 Dec 2020**

| | | | | |
|---|---|---|---|---|
| **Beneficial Owner** | **Commercial Operator** | **Registered Owner** | **Technical Manager** | **ISM Manager** |
| Pontos Marine Incorporated | Pontos Marine Incorporated | Argos Bulkers Incorporated | Pontos Marine Incorporated | Pontos Marine Incorporated |
| Greece | Greece | Marshall Islands | Greece | Greece |
| From 30 Dec 2020 to present | From 30 Dec 2020 to present | From 30 Dec 2020 to present | From 30 Dec 2020 to present | From 30 Dec 2020 to present |

**21 Mar 2015**



| | |
|---|---|
| **Technical Manager** | **ISM Manager** |
| Asia Maritime Pacific (Shanghai) Limited | Asia Maritime Pacific (Shanghai) Limited |
| People's Republic of China | People's Republic of China |
| From 21 Mar 2015 to 29 Dec 2020 | From 21 Mar 2015 to 29 Dec 2020 |

**18 Mar 2015**



| | | |
|---|---|---|
| **Beneficial Owner** | **Commercial Operator** | **Registered Owner** |
| Asia Maritime Pacific Holdings Limited | Asia Maritime Pacific (Shanghai) Limited | Maritime Asia Pearl Private Limited |
|  Cayman Islands |  People's Republic of China |  Republic of Singapore |
| From 18 Mar 2015 to 29 Dec 2020 | From 18 Mar 2015 to 29 Dec 2020 | From 18 Mar 2015 to 29 Dec 2020 |

**20 May 2012**



| | |
|---|---|
| **Technical Manager** | **ISM Manager** |
| Kontor 17 Shipmanagement GmbH & Company KG | Kontor 17 Shipmanagement GmbH & Company KG |
|  Germany | Germany |
| From 20 May 2012 to 20 Mar 2015 | From 20 May 2012 to 20 Mar 2015 |

© 2023 Informa UK Ltd, All rights reserved. Downloaded by: jameskennedy@preston-turnbull.com     7

## 01 Jan 2012

**Beneficial Owner**
Tunduru GmbH & Company KG
🇩🇪 Germany
*From 01 Jan 2012*
*to 17 Mar 2015*

**Commercial Operator**
Kontor 17 Shipmanagement GmbH & Company KG
🇩🇪 Germany
*From 01 Jan 2012*
*to 17 Mar 2015*

## 28 Oct 2010

**Registered Owner**
ms United Tidor Schiffahrtsgesellschaft mbH & Company KG
🇩🇪 Germany
*From 28 Oct 2010*
*to 17 Mar 2015*

## 30 Sep 2010

**Technical Manager**
Uniteam Marine Shipping GmbH
🇩🇪 Germany
*From 30 Sep 2010*
*to 19 May 2012*

**ISM Manager**
Uniteam Marine Shipping GmbH
🇩🇪 Germany
*From 30 Sep 2010*
*to 19 May 2012*

## 03 Feb 2010

**Beneficial Owner**
Tunduru GmbH & Company KG
🇩🇪 Germany
*From 03 Feb 2010*
*to 27 Oct 2010*

**Commercial Operator**
Kontor 17 Shipmanagement GmbH & Company KG
🇩🇪 Germany
*From 03 Feb 2010*
*to 27 Oct 2010*

**Registered Owner**
United Tidore Shipping Company Limited
🇱🇷 Liberia
*From 03 Feb 2010*
*to 27 Oct 2010*

## 01 Oct 2009

**Beneficial Owner**
Parakou Shipping Limited
🇭🇰 Hong Kong, S.A.R., China
*From 01 Oct 2009*
*to 02 Feb 2010*

**Commercial Operator**
Parakou Shipping Limited
🇭🇰 Hong Kong, S.A.R., China
*From 01 Oct 2009*
*to 02 Feb 2010*

**Registered Owner**
Pretty Gown Shipping Limited
🇲🇭 Marshall Islands
*From 01 Oct 2009*
*to 02 Feb 2010*

**Technical Manager**
Parakou Shipping Limited
🇭🇰 Hong Kong, S.A.R., China
*From 01 Oct 2009*
*to 02 Feb 2010*

© 2023 Informa UK Ltd, All rights reserved. Downloaded by: jameskennedy@preston-turnbull.com    8