UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD,<br><br>                                                   *Plaintiff*,<br><br>VERSUS<br><br>M/V ARGOS M, her engines, tackle equipment, appurtenances, etc. *in rem*,<br><br>                                                   *Defendant*. | CIVIL ACTION<br><br>NO. 2:23-cv-00595<br><br>SECTION L (5)<br><br>JUDGE ELDON J. FALLON<br><br>MAGISTRATE JUDGE MICHAEL NORTH |

## ORDER

Considering Defendant, Plaintiff, Three Fifty Markets Ltd.'s *Ex Parte* Motion to Admit Noe S. Hamra and William R. Bennett, III, *Pro Hac Vice*:

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Noe S. Hamra and William R. Bennett, III are admitted to the Court *pro hac vice* as co-counsel for Plaintiff in the above captioned matter.

New Orleans, Louisiana, this 28th day of February, 2023.

                                                          _____
                                                          THE HONORABLE ELDON E. FALLON
                                                          UNITED STATES DISTRICT JUDGE