UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD, | CIVIL ACTION |
| *Plaintiff*, | NO. 2:23-cv-00595 |
| VERSUS | SECTION L (5) |
| M/V ARGOS M, her engines, tackle equipment, appurtenances, etc. *in rem*, | JUDGE ELDON J. FALLON |
| *Defendant*. | MAGISTRATE JUDGE MICHAEL NORTH |

## MOTION FOR INTERLOCUTORY SALE OF THE M/V ARGOS M, *IN REM*

**NOW INTO COURT**, comes Plaintiff Three Fifty Markets Ltd.'s which moves this Court for Interlocutory Sale of the Vessel M/V ARGOS M, IMO 9502788 ("Vessel") pursuant to Supplemental Federal Admiralty Rule E(9)(b). Enclosed as Exhibit 1 to this Motion is the Declaration of Alan Swimmer, the President of National Maritime Services, acting as substitute custodian. ("Swimmer Dec.")

Plaintiff Three Fifty Markets Ltd. arrested the Vessel on February 16, 2023. The Master, Owner, Vessel's Insurer, owner of the cargo loaded aboard, and Ship's Agent were notified of the arrest. Nevertheless, there has been no claim to the Vessel filed by any interested party; no one has appeared to provide security for the Vessel's release.

The Vessel remains in the custody of the substitute custodian National Maritime Services at Southwest Pass Anchorage in the Gulf of Mexico.[1] Custodial costs are accruing on a daily basis and future costs to supply the Vessel with fuel, water, food and provisions are estimated to be no less than $100,000. (See, generally, Swimmer Dec.)

---

[1] Plaintiff and the other claimant are sharing the fees of National Maritime Services and Vessel costs, on a 50/50 basis.

4853-4228-4629 v1

Additionally, the Vessel's officers and crewmembers have not been paid their February wages. (Swimmer Dec. at ¶13.)  It is unlikely that same will be paid for wages earned in March. Furthermore, hurricane season is a month or two away and additional costs and risks will arise. (Swimmer Dec. at ¶17.)

The Vessel has been constructively abandoned, warranting an immediate sale.

With no claim to the Vessel, as Supplemental Rule C provides, there is no reason for the Vessel to continue to remain stranded at anchorage, accruing custodial expense and subject to deterioration and loss. The Vessel should be immediately sold by the U.S. Marshal's via an auction prior to the accrual of further custodial expense as outlined in the Swimmer Declaration.

Upon the Court's grant of this Motion, Plaintiff will immediately make the necessary arrangements with the U.S. Marshal's Service to schedule a date for the sale of the Vessel.

Plaintiff proposes to utilize National Maritime Services to assist in brokering the sale and advertising the sale over a 14-day period. Plaintiff further proposes that the Court set a minimum sale price of **$6,500,000.00**, 80% of the liquidated value as estimated by Compass Maritime Services. Enclosed as Exhibit 2 to this motion is the Independent Valuation Report from Compass Maritime Services dated March 7, 2023. These funds will provide, among other things, for payment of interest, contractual attorneys' fees and any *custodia legis* expenses.

Proceeds from the Vessel's interlocutory sale by the United States Marshal will be deposited into this Court's registry, in substitute for the Vessel *in rem*.

**WHEREFORE**, conditions for selling the Vessel having been satisfied, Plaintiff prays that this Honorable Court enter an order that the Vessel to be sold by the United States Marshal after sufficient publication and notice of sale is had pursuant to Local Rule 64.4 - Sales.

Respectfully submitted:

*/s/ R. Chauvin Kean*

Bradley J. Schlotterer (#24211)
R. Chauvin Kean (#36526)
**KEAN MILLER LLP**
BankPlus Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
Telephone  (504) 585-3050
Fax  (504) 585-3051
brad.schlotterer@keanmiller.com
chauvin.kean@keanmiller.com

- and -

William R. Bennett III (#2513653) *Pro Hac Vice*
Noe S. Hamra (#4987996) *Pro Hac Vice*
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY  10020
(212) 885-5000
William.Bennett@blankrome.com
Noe.Hamra@blankrome.com

*Attorneys for Three Fifty Markets Ltd.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 8, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record or parties who have registered to receive electronic service.

 */s/R. Chauvin Kean*
**R. CHAUVIN KEAN**