UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD,<br><br>*Plaintiff,*<br><br>VERSUS<br><br>M/V ARGOS M, her engines, tackle equipment, appurtenances, etc. *in rem,*<br><br>*Defendant.* | CIVIL ACTION<br><br>NO. 2:23-cv-00595<br><br>SECTION L (5)<br><br>JUDGE ELDON J. FALLON<br><br>MAGISTRATE JUDGE MICHAEL NORTH |

**ORDER FOR INTERLOCUTORY SALE**
**OF THE M/V ARGOS M, *IN REM***

Before this Court is Plaintiff Three Fifty Markets Ltd.'s Motion for Interlocutory Sale of the Vessel, M/V ARGOS M, her engines, tackle, equipment, appurtenances, and cargo, etc. (the "Vessel"); having considered the Motion, the law, evidence, and argument of the parties:

This Court **GRANTS** the Motion and **HEREBY ORDERS, ADJUDGES AND DECREES** that:

1.      Pursuant to Supplemental Admiralty Rule E(9)(a)(i), that the Vessel, its equipment, appurtenances, and freights ("Vessel") shall be sold, as is, where is, by the United States Marshals Service ("Marshals Service") to the high bidder, free and clear of all liens, claims, mortgages, and encumbrances with its cargo aboard being sold therewith; and

2.      **IT IS FURTHER ORDERED** that the sale of the Vessel shall be conducted at a time and date not earlier than 10:00 a.m. on a weekday during which regular Court business is conducted; and

3.      **IT IS FURTHER ORDERED** that sale of the Vessel shall be for a minimum bid of not less than **$6,500,000.00** and minimum bid increments of not less than $10,000.00; and

Error! Unknown document property name.

4.      **IT IS FURTHER ORDERED** that prospective bidders shall deposit with the United States Marshals Service an earnest money deposit of $125,000.00 at or before the time of sale. Said earnest money deposit shall be in the form of a bank check or in the form of funds held in a trust account maintained by an attorney in good standing and admitted to the bar of this Court, who shall certify funds so held in trust; and

5.      **IT IS FURTHER ORDERED** that upon the consent of the Plaintiff, National Maritime Services is engaged as the broker to promote the Vessel sale, which broker shall be entitled to a commission equal to two (2%) percent of the confirmed sale price at auction. The broker shall use its best efforts to advertise, market, and promote the sale. The broker shall consult with the Marshals Service and with counsel for the parties with regard to any proposed advertising in trade publications or similar. The cost of any such advertising shall be an *in custodia legis* expense; and

6.      **IT IS FURTHER ORDERED** that Plaintiff shall advertise the sale in The Times Picayune/the New Orleans Advocate, which is designated as a paper of general circulation in this District, on three different days, the first of which must be published at least 14 days prior to the date of the Vessel sale and the last at least 3 days before the day of the sale; the cost of such advertising shall be an *in custodia legis* expense. The parties may, at their own expense, promote or advertise the sale in other ways, publication, and/or media; and

7.      **IT IS FURTHER ORDERED** that the sale shall be held in the first-floor lobby of the United States District Court, 500 Poydras St, New Orleans, LA 70130. Plaintiff and or any Broker and the Marshals Service shall work together to arrange pre-registration of bidders, auction arrangements, and sale rules. The broker and the Marshals Service shall accept sealed bids in

2

writing before the sale, accept in person bids at the United States District Court, and accept on-line bids; and

8. **IT IS FURTHER ORDERED** that the earnest money deposit, if a bank check, shall be paid to the United States Marshals Service at the time the high bid is accepted. If the earnest money deposit for the high bid is in an attorney's trust account, the attorney shall transfer same to the Marshals Service as soon as possible, but no later than 4:45 p.m. Eastern Standard Time on the first business day following the Vessel sale. When received, the United States Marshals Service shall deposit the earnest money into the registry of this Court; and

9. **IT IS FURTHER ORDERED** that the remaining balance of the purchase price shall be paid to the United States Marshals Service by cash, bank check, or wire transfer on or before the 4:45 p.m. on the first business day following the Vessel sale, and the United States Marshals Service shall deposit the balance of the purchase price into the registry of the Court; and

10. **IT IS FURTHER ORDERED** that after the sale the United States Marshals Service shall forthwith file a return with the Clerk of this Court; and

11. **IT IS FURTHER ORDERED** that if the successful bidder does not pay the balance of the purchase price when required, said bidder shall be in default and the defaulting bidder's earnest money deposit shall be forfeited and applied to any additional costs incurred by the United States Marshals Service because of the default. The balance of the earnest money deposit shall be retained in the registry of the Court, pending further Order of this Court; and

12. **IT IS FURTHER ORDERED** that any party or interested person may object to the sale within three business days following the Vessel Sale by (a) filing a written objection with the Court, by (b) serving a copy of the objection upon counsel for all parties in this action, upon the successful bidder, and upon the Marshals Service, and by (c) paying the Marshals Service an

Error! Unknown document property name.

amount determined by the Marshals Service as sufficient to pay the expenses of keeping the Vessel for at least 14 days; and

13.     **IT IS FURTHER ORDERED** that this Court will set an expedited hearing to consider any objection to the sale. If no objection is filed and/or no payment is made to the Marshals Service to pay the expenses of keeping the vessel for at least 14 days, the Court may enter its Order Confirming Sale without a hearing; and

14.     **IT IS FURTHER ORDERED** that Plaintiff, by counsel, shall consult with the United States Marshal to determine a sale date for the Vessel.

**THUS, DONE AND ORDERED** this _____ day of March 2023, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA