UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD,<br><br>        *Plaintiff*,<br><br>VERSUS<br><br>M/V ARGOS M, her engines, tackle equipment, appurtenances, etc. *in rem*,<br><br>        *Defendant*. | CIVIL ACTION<br><br>NO. 2:23-cv-00595<br><br>SECTION L (5)<br><br>JUDGE ELDON J. FALLON<br><br>MAGISTRATE JUDGE MICHAEL NORTH |

## **NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that Three Fifty Markets LTD's Motion for Interlocutory Sale will be submitted on the 29th day of March, 2023 at 9:00 a.m. before the Honorable Eldon J. Fallon, District Judge for the United States District Court for the Eastern District of Louisiana.

        Respectfully submitted:

        */s/ R. Chauvin Kean*
        _____
        Bradley J. Schlotterer (#24211)
        R. Chauvin Kean (#36526)
        **KEAN MILLER LLP**
        BankPlus Tower
        909 Poydras St., Suite 3600
        New Orleans, LA 70112
        Telephone: (504) 585-3050
        Fax: (504) 585-3051
        brad.schlotterer@keanmiller.com
        chauvin.kean@keanmiller.com

        - and –

William R. Bennett III (#2513653) *Pro Hac Vice*
Noe S. Hamra (#4987996) *Pro Hac Vice*
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
william.bennett@blankrome.com
noe.hamra@blankrome.com

***Attorneys for Three Fifty Markets Ltd.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 8, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record or parties who have registered to receive electronic service.

 */s/ R. Chauvin Kean*
**R. CHAUVIN KEAN**