UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD,<br><br>                      *Plaintiff*,<br>VERSUS<br><br>M/V ARGOS M, her engines, tackle equipment, appurtenances, etc. *in rem*,<br><br>                      *Defendant*. | CIVIL ACTION<br><br>NO. 2:23-cv-00595<br><br>SECTION L (5)<br><br>JUDGE ELDON J. FALLON<br><br>MAGISTRATE JUDGE MICHAEL NORTH |

## **DECLARATION OF SUBSTITUTE CUSTODIAN**

I, Alan Swimmer, declare under the penalty of perjury that the following is true and correct:

1. I am the President of National Maritime Services, which is serving as Substitute Custodian for the M/V ARGOS M (the "Vessel") in this action and am fully familiar with the facts of this case.

2. On February 16, 2023, plaintiff Three Fifty Markets Ltd. ("Plaintiff") filed a Verified Complaint seeking the arrest of the Vessel. (Dkt. # 1).

3. The Vessel was arrested pursuant to an Order of Arrest dated February 16, 2023. (Dkt. # 7).

4. The Court issued an Order for appointment of substitute custodian on February 16, 2023, directing National Maritime Services to arrest, detain and take into custody of the Vessel until further Order of the Court. (Dkt. # 11).

5. Simultaneous with the Plaintiff arresting the Vessel, another claimant arrested the Vessel.

6. The Vessel is currently in the custody of National Maritime Services in the Eastern District of Louisiana. Plaintiff and the other claimant are sharing the fees of National Maritime Services and Vessel costs, on a 50/50 basis.

7. The services performed by National Maritime Services are furnished to the Vessel in accordance with this Court's Order for appointment of substitute custodian. (Dkt. # 11).

8. At present, the custodial services performed by National Maritime Services during the period February 21 to March 7, 2023, total USD $30,050.02. A copy of National Maritime Services' summary of charges is annexed hereto as Exhibit 1.

9. The Vessel is currently due to run out of fuel at the end of March 2023. The cost to load 30 days of fuel to maintain the Vessel is estimated to be $55,200.

10. To load the fuel, the Vessel will need to be relocated from its present anchorage. The cost to relocate the Vessel is estimated to be $14,058.

11. The Vessel will also run out of water in the middle to end of April 2023. The cost to load 30 days of water is estimated to be $7,935.

12. The vessel will also run out of food and provisions at the beginning of April 2023. The cost to provide food and provisions to the Vessel for 30 days is estimated to be $23,805.

13. Also, we were advised that the Vessel's officer have not been paid their wages for February 2023.

14. National Maritime Services is currently arranging for the supply of additional fresh water, provisions and fuel, which will be delivered to the Vessel at the end of March 2023.

15. I estimate the total cost for a 30-day supply of fuel and provisions, including relocation from anchorage to New Orleans, agency fees and National Maritime Services handling expenses to run at approximately $100,998.

16. Thereafter, the monthly cost of maintaining custody, including Vessel consumables – food, fuel, water, port agent charges - is $137,000, including and National Maritime Services' charges.

17. Lastly, hurricane season is a month or two away and additional costs and risks will arise.

Pursuant to 28 U.S.C. §1746, I solemnly declare under penalty of perjury that the foregoing is true and correct.

_____
Alan Swimmer
National Maritime Services