

**1560 SAWGRASS CORPORATE PARKWAY, 4TH FLOOR**
**FORT LAUDERDALE, FLORIDA 33323**

EXHIBIT 1
Summary of Charges
March 7, 2023

Prepared for:
Bill Bennett
Philip Brooks

LOUISIANA EASTERN 23-595
LOUISIANA EASTERN 23-623
Assignment 231468 & 231469

**ARGOS M**
**LOCATED NEW ORLEANS & VICINITY**

| Date | Description | Units | Unit Cost | Amount | Handling Fee | Total |
|---|---|---|---|---|---|---|
| 2/21/2023 | Mobilization | 1 | 1,950.00 | 1,950.00 | | 1,950.00 |
| 2/21 - 2/22 | NMS executive - ASwimmer | 2 | 2,500.00 | 5,000.00 | | 5,000.00 |
| 2/21 - 2/22 | Discount on above | 1 | (1,250.00) | (1,250.00) | | (1,250.00) |
| 2/21/2023 | Watchman | 1 | 620.00 | 620.00 | | 620.00 |
| 2/21/2023 | Discount on above | 1 | (250.00) | (250.00) | | (250.00) |
| 2/21 - 2/23 | ASwimmer lodging at GSA rate | 2 | 136.00 | 272.00 | | 272.00 |
| 2/21 - 2/22 | Meals & incidentals at GSA rate | 4 | 74.00 | 296.00 | | 296.00 |
| 2/21 - 2/22 | Watchman mileage | 490 | 0.655 | 320.95 | | 320.95 |
| 2/21/2023 | ASwimmer air travel MSY/FLL | 1 | 248.98 | 248.98 | | 248.98 |
| 2/23/2023 | ASwimmer air travel FLL/MSY | 1 | 248.98 | 248.98 | | 248.98 |
| 2/21 - 2/23 | ASwimmer airport parking | 3 | 25.00 | 75.00 | | 75.00 |
| 2/22/2023 | Safety gear for port entry | 1 | 83.00 | 83.00 | 12.45 | 95.45 |
| 2/22/2023 | Aswimmer Uber from port | 1 | 24.90 | 24.90 | | 24.90 |
| 2/23/2023 | Aswimmer taxi to MSY | 1 | 41.40 | 41.40 | | 41.40 |
| 2/22/2023 FWD | Custody fee - daily | 14 | 336.03 | 4,704.42 | | 4,704.42 |
| 2/22/2023 FWD | Crew surcharge - daily | 14 | 383.41 | 5,367.74 | | 5,367.74 |
| 2/22/2023 FWD | Watchman - daily | 14 | 620.00 | 8,680.00 | | 8,680.00 |
| 2/21/23 FWD | NMS port agent assist EST | 1 | 750.00 | 750.00 | 112.50 | 862.50 |
| TBD | Return launch - watchman EST | 1 | 2,000.00 | 2,000.00 | 300.00 | 2,300.00 |
| TBD | Watchman return mileage EST | 140 | 0.655 | 91.70 | | 91.70 |
| 2/22/2023 FWD | Watchman parking fees EST | 14 | 25.00 | 350.00 | | 350.00 |
| TOTAL | | | | | | 30,050.02 |

Revised 3/7/2023