

**COMPASS MARITIME SERVICES**
SPECIALISTS IN THE SALE, PURCHASE AND VALUATION OF SHIPS AND OFFSHORE VESSELS

# INDEPENDENT VALUATION REPORT

March 7, 2023

Re: Valuation of mv "ARGOS M"

To the attention of:

National Maritime Services
1560 Sawgrass Corporate Parkway
4th Floor
Fort Lauderdale, Florida, USA 33323

### COMPASS MARITIME - Valuation Credentials

The Compass Maritime Services brokerage team has an extensive record of appraising vessels and shipping assets on behalf of ship owners and operators, banks and financial institutions, attorneys, and insurance companies throughout the world. In addition to acting as brokers for the buying and selling of ships and offshore vessels, the team provides hundreds of ship valuations each year to its clients.

Compass Maritime is one of ten worldwide panel members on the Baltic Exchange Sale & Purchase Assessment Panel (BSPA) and one of six panel members of the Baltic Exchange Demolition Assessment Panel (BDA). Compass Maritime's weekly data is included in the calculation of the respective Baltic Exchange ship valuation indices.

Valuations by Compass Maritime have been utilized in the prospectuses for the Initial Public Offerings (IPO) in the stock exchanges in the United States and overseas, annual reports of publicly traded companies, in the issuing of equity and debt (bonds), including valuations based on the Pfandbrief Act in Germany.

Compass Maritime provides the following types of vessel valuations:

- **Market Approach** (basis prompt, charter-free delivery)

- **Income Approach**. Our income approach valuation can entail detailed financial modeling on the calculation of future vessel earnings, calculation of discount rate & Weighted Average Cost of Capital (WACC) – even in cases that the interest expense is tied to LIBOR rates, and modeling on vessel residual values including statistical and VAR analysis.

- **Replacement Cost Method**

- **Discounted Cash Flow Analysis** (DCF)

- **Long Term Asset Value** (LTAV) under Hamburg Shipbrokers Association Rules

To obtain a valuation, please contact valuations@compassmar.com

Compass Maritime Services
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, NJ 07666 USA

Tel: 201.907.0009
Fax: 201.907.5009

www.compassmar.com

Page | 1



# DESKTOP VALUATION CERTIFICATE

We would estimate fair market value as of March 7, 2023 as follows:

mv "ARGOS M"
--------------------------------
Liberian flag handysize bulk carrier
Deadweight: 35,358 mts on 10.8 m draft
Built in 2010 at Nantong Changqingsha Shipyard in China
Class: BV
Gross: 22,402 / Net: 12,019
LOA: 179.9 m - Breadth 28.4 m - Depth 15 m
Holds: 5 Hatches: 5
Grain: 45,294 cbm Bale: 42,586
Gears: 4 x 30.5t cranes
Main engine: MAN-B&W 6S42MC 8,810 BHP
Generators: 3
LDT: 9,405 MT

(Details given in good faith but without guarantee)

====================================================================
FAIR MARKET VALUE as of March 7, 2023: $9,500,000 – 10,000,000
(Nine million five hundred to ten million United States dollars)

ORDERLY LIQUIDATION VALUE as of March 7, 2023: $7,500,000 – 8,000,000
(Seven million five hundred thousand to eight million United States dollars)
====================================================================

Compass Maritime Services
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, NJ 07666 USA

Tel: 201.907.0009
Fax: 201.907.5009

www.compassmar.com



# IMPORTANT DISCLAIMER

The valuation takes into consideration the Market, Income, & Cost approaches to value. That is to say, we will review the current and potential earnings of the vessel as well as the costs of replacing the asset.  Under certain circumstances, there is a wide spread between a willing buyer's "bid" and a willing seller's "ask".  In these instances, we will weigh the different valuation approaches described above differently. The specific weighting will vary depending on the current market conditions and trends and the reliability and applicability of each approach at that time. It must be noted that the value of vessels can change very quickly and dramatically depending on the prevailing market conditions.

The valuation is valid only on the date first written above. No assurances can be given that the valuation will be sustained or is realizable in an actual transaction. COMPASS MARITIME SERVICES, LLC assumes that the vessel has been maintained in accordance with good commercial practice and is in class, in good working order, with all necessary trading certificates for world-wide trading, with her hull, machinery and equipment in a condition to be expected of a vessel of her age and type, in fair survey position and prepared for prompt charter free delivery in a commercial loading zone and free of any encumbrances, mortgages, liens, debts or claims whatsoever.

Neither COMPASS MARITIME SERVICES, LLC, nor the individual making the evaluation has inspected the vessel, her position of records or made any other independent inspection, investigation or examination whatsoever with respect to the vessel. Any interested party should conduct an independent inspection and investigation of the facts concerning the vessel. No one should rely on this value as a substitute for their own due diligence.

The evaluation is provided solely for the use of the persons to whom it is addressed. The value is to be used only for the specific purposes stated and any other use is invalid. No reliance may be made by any third party without our prior written consent.

COMPASS MARITIME SERVICES, LLC
=========================================================
=========================================================

Compass Maritime Services
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, NJ 07666 USA

Tel: 201.907.0009
Fax: 201.907.5009

www.compassmar.com