UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD, | CIVIL ACTION |
| *Plaintiff*, | NO. 2:23-cv-00595 |
| VERSUS | SECTION L (5) |
| M/V ARGOS M, her engines, tackle equipment, appurtenances, etc. *in rem*, | JUDGE ELDON J. FALLON |
| *Defendant*. | MAGISTRATE JUDGE MICHAEL NORTH |

**ORDER**

Considering Plaintiff Three Fifty Markets LTD's *Ex Parte* Motion for Expedited Submission Date on its Motion for Interlocutory Sale:

**IT IS HEREBY ORDERED** that Plaintiff Three Fifty Markets LTD's Motion for Expedited Submission Date on its Motion for Interlocutory Sale is **GRANTED**; and

IT IS HEREBY ORDERED that the Submission Date for Plaintiff's Motion for Interlocutory Sale of the Vessel, M/V ARGOS M, shall be set for March 22, 2023 at 9:00 a.m.

**THUS DONE AND SIGNED**, this 10th day of March, 2023, New Orleans, Louisiana.

_____
Honorable Judge Eldon J. Fallon
United States District Court for the
Eastern District of Louisiana

4870-1371-1445 v1