UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD,** | § | **CIVIL ACTION** |
| **Plaintiff,** | § § § | |
| | § | **CASE NO. 23-595** |
| vs. | § § | |
| **M/V ARGOS M, her engines, tackle, Equipment, appurtenances, etc.,** *in rem* | § § § | **SECTION "L" (5)** |
| **Defendant** | § § | |

| | | |
|---|---|---|
| **PMG HOLDING SRL,** | § | **CIVIL ACTION** |
| **Plaintiff,** | § § § | |
| | § | **CASE NO. 23-623** |
| vs. | § § | |
| **M/V ARGOS M, her engines, tackle, Equipment, appurtenances, etc.,** *in rem* | § § § | **SECTION "L" (5)** |
| **Defendant** | § § | |

**ORDER**

Considering the Motions currently pending in this matter, at R. Doc. 15 and R. Doc. 19;

Oral argument on these motions will be held on March 27, 2023 at 9:30 a.m. Parties should appear, in-person, at 500 Poydras St., Courtroom C468, New Orleans, LA 70113.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**