**Bennett III, William R.**

| | |
|---|---|
| **From:** | John Musser, V. <JMusser@mrsnola.com> |
| **Sent:** | Wednesday, March 22, 2023 6:27 PM |
| **To:** | Bennett III, William R. |
| **Cc:** | Hamra, Noe; Philip Brooks Jr.; Brad Schlotterer - Kean Miller LLP (brad.schlotterer@keanmiller.com); Chauvin Kean |
| **Subject:** | RE: M/V ARGO M |

Interpret it as you wish, Bill.  I bristle when out of town counsel tell me to do anything "immediately".  I don't work for you, and I don't have to comply with your unilateral timetable.  So, my answer remains no.  I won't respond immediately.

John H. Musser, V
504.274.3840
jmusser@mrsnola.com

**From:** Bennett III, William R. <william.bennett@blankrome.com>
**Sent:** Wednesday, March 22, 2023 5:06 PM
**To:** John Musser, V. <JMusser@mrsnola.com>
**Cc:** Hamra, Noe <noe.hamra@BlankRome.com>; Philip Brooks Jr. <pbrooks@brooksgelpi.com>; Brad Schlotterer - Kean Miller LLP (brad.schlotterer@keanmiller.com) <brad.schlotterer@keanmiller.com>; Chauvin Kean <Chauvin.Kean@keanmiller.com>
**Subject:** RE: M/V ARGO M

John,

So, if I got this right, you were able to review our request, discuss those with your client, make a recommendation and they then authorized you to reject my request all within the brief time period of my email and your response?

Kind regards,

**William "Bill" R. Bennett III** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5152 | C: 646.393.7847 | F: 917.332.3858 | william.bennett@blankrome.com

*"Law Firm of the Year" in Admiralty & Maritime Law in U.S. News – Best Lawyers® 2023*

**From:** John Musser, V. <JMusser@mrsnola.com>
**Sent:** Wednesday, March 22, 2023 5:54 PM
**To:** Bennett III, William R. <william.bennett@blankrome.com>
**Cc:** Hamra, Noe <noe.hamra@BlankRome.com>; Philip Brooks Jr. <pbrooks@brooksgelpi.com>; Brad Schlotterer - Kean Miller LLP (brad.schlotterer@keanmiller.com) <brad.schlotterer@keanmiller.com>; Chauvin Kean <Chauvin.Kean@keanmiller.com>
**Subject:** RE: M/V ARGO M

No.

John H. Musser, V
504.274.3840
jmusser@mrsnola.com

---

**From:** Bennett III, William R. <william.bennett@blankrome.com>
**Sent:** Wednesday, March 22, 2023 4:37 PM
**To:** John Musser, V. <JMusser@mrsnola.com>
**Cc:** Hamra, Noe <noe.hamra@BlankRome.com>; Philip Brooks Jr. <pbrooks@brooksgelpi.com>; Brad Schlotterer - Kean Miller LLP (brad.schlotterer@keanmiller.com) <brad.schlotterer@keanmiller.com>; Chauvin Kean <Chauvin.Kean@keanmiller.com>
**Subject:** M/V ARGO M

John,

I refer to your client's sworn declaration, in particular paragraph 7, which reads "Aum was not the charterer of the vessel, and had no authority, apparent or otherwise to bind the Vessel to any contract. (A true copy of the charter recap and pro forma Charter Party is attached as Exhibit 1.").

First, Exhibit 1, which is an email, notes there were attachments. Pursuant to FRE 106, please immediately produce all attachments.  Second, in the opening of the email, it indicates that your client was demanding AUM to provide a BIMCO guarantee letter. Please provide the letter. Third, please provide all documents in your clients possession, custody or control which supported the statement on page 10 of Exhibit 1 "Charterer is worldwide commodity trader, AUM and Shimsupa is sister companies, Aum based Dubia Shinsupa Germany. Ubo of both are same." Fourth, why did your client demand to know the P&I cover for both AUM and Shimsupa?

Lastly, in paragraph 13 of the declaration states the entire crew has been paid and as proof your client attaches a wage account statement which does not show actual payment. Please provide proof of payment.

Kind regards,

**William "Bill" R. Bennett III** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5152 | C: 646.393.7847 | F: 917.332.3858 | william.bennett@blankrome.com

*"Law Firm of the Year" in Admiralty & Maritime Law in U.S. News – Best Lawyers® 2023*

********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

********************************************************************************************

**THIS EMAIL IS FROM AN EXTERNAL SENDER!**

**DO NOT** click links or open attachments if the sender is unknown or the email was unsolicited and **never** provide your User ID or Password.

**THIS EMAIL IS FROM AN EXTERNAL SENDER!**

**DO NOT** click links or open attachments if the sender is unknown or the email was unsolicited and **never** provide your User ID or Password.