UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD,** | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 23-595 |
| vs. | § | |
| | § | |
| M/V ARGOS M, her engines, tackle, | § | SECTION "L" (5) |
| Equipment, appurtenances, etc., *in rem* | § | |
| | § | |
| Defendant | § | |

| | | |
|---|---|---|
| **PMG HOLDING SRL,** | § | CIVIL ACTION |
| | § | |
| Consolidated-Plaintiff, | § | CASE NO. 23-623 |
| | § | SECTION "L" (5) |

| | | |
|---|---|---|
| **ARCELORMITTAL INTERNATIONAL** | § | |
| **LUXEMBOURG S.A. and ARCELOR** | § | |
| **MITTAL COSTA RICA S.A.,** | § | |
| | § | |
| Intervenor-Plaintiffs, | § | |
| vs. | § | |
| | § | |
| M/V ARGOS M, her engines, tackle, | § | |
| Equipment, appurtenances, etc., *in rem* | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF WITHDRAWAL OF MOTION**

NOW COME, Intervenor Plaintiffs ArcelorMittal International Luxembourg ("AMIL") and ArcelorMittal Costa Rica S.A. ("AMCR") ("Intervenor Plaintiffs"), appearing through undersigned counsel, and provides notice to this Court that the M/V ARGOS M departed the jurisdiction on or about March 25, 2023, following the posting of substitute security by Vessel interests on the afternoon of March 24, 2023. *See* R. 33 and 34. AMIL and AMCR did not object

1

to the Vessel release, so that the Vessel could continue her journey and trade to discharge the Cargo in Costa Rica.

Accordingly, it is respectfully submitted that Intervenor Plaintiffs' Motion to permit discharge of the steel cargo aboard the M/V ARGOS M and to approve same as *custodia legis* expenses (R. 29) is moot and the hearing set for Monday March 27, 2023 at 9:30 AM, is no longer necessary. R. 32.

Undersigned counsel will also call the Clerk upon opening to confirm the receipt of this Notice by the Court.

Respectfully submitted,

/s/ Daphne P. McNutt_____
Daphne P. McNutt (#20292)
Barry & Co., LLC
612 Gravier Street
New Orleans, LA 70130
dmcnutt@barrylawco.com
Telephone: (504) 525-5553
Facsimile: (504) 505-1909

*Attorneys for Plaintiffs in Intervention,*
*ArcelorMittal International (Luxembourg)*
*and ArcelorMittal (Costa Rica)*

2