UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD.** | * | CASE NO. 2:23-cv-00595 |
| | * | c/w  2:23-cv-00623 |
| | * | |
| **VERSUS** | * | JUDGE ELDON E. FALLON |
| | * | |
| **M/V ARGOS M, her engines, tackle,** | * | MAGISTRATE JUDGE NORTH |
| **equipment, appurtenances, etc.,** *in rem* | * | |
| | * | |

******************************************

### UNOPPOSED MOTION TO LIFT VESSEL ARRESTS
### [R. DOC. 7 (CA 23-595) AND  R. DOC. 11 (CA 23-623)]

**NOW INTO COURT**, through undersigned counsel, comes Argos Bulkers, Inc. ("Argos"), solely as owner and claimant of the M/V ARGOS M (the "Vessel"), *in rem*, and with a full reservation of all rights and defenses pursuant to Rule E(8) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and moves this Honorable Court for a formal order lifting the two arrests of the Vessel [R. Doc. 7 (in CA 23-595) and  R. Doc. 11 (in CA 23-623)], as security has been posted to secure the release of each arrest [R. Docs 34 and 33, respectively], and both arresting parties (Three Fifty Markets Ltd and PMG Holding SRL) have instructed the Marshal and Substitute Custodian, National Maritime Services,

Inc., to release the vessel.[1] All parties have been contacted, and there is no opposition to this Motion.

Respectfully Submitted,

MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS

*/s/ John H. Musser, V*
Peter B. Sloss (#17142)
psloss@mrsnola.com
John H. Musser, V (#22545)
jmusser@mrsnola.com
701 Poydras St., Suite 400
New Orleans, LA 70139
Phone: 504.523.0400
Fax:  504.523.5574

***Attorneys for Argos Bulkers, Inc., solely as owner and claimant of the M/V ARGOS M, with a full reservation of all rights and defenses pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure***

---

[1] Copies of the Marshal's Release of Seizure in both CA 23-595 and 23-623 are attached as *en globo* Exhibit "A."