UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD.** | * | CASE NO. 2:23-cv-00595 |
| | * | c/w  2:23-cv-00623 |
| | * | |
| **VERSUS** | * | JUDGE ELDON E. FALLON |
| | * | |
| **M/V ARGOS M, her engines, tackle,** | * | MAGISTRATE JUDGE NORTH |
| **equipment, appurtenances, etc.,** *in rem* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE VERIFIED COMPLAINT IN INTERVENTION [R. DOC. 22 (ALL CASES)]

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in Intervention, ArcelorMittal International (Luxembourg) S.A. ("AMIL") and ArcelorMittal (Costa Rica) S.A. ("AMCR") (collectively "Intervenors"), who submit to this Honorable Court that all differences and disputes between Intervenors and the M/V ARGOS M (the "Vessel"), *in rem*, and its Claimant, Argos Bulkers, Inc. ("Argos"), have been settled and compromised, and Intervenors hereby move for dismissal of all claims asserted or capable of being asserted in the above-numbered and captioned actions, with prejudice, each party to bear his or its own costs. Argos Bulkers, Inc. ("Argos"), solely as owner and claimant of the M/V ARGOS M (the "Vessel"), *in rem*, and with a full reservation of all rights and defenses pursuant to Rule E(8) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, has confirmed that it has no opposition to the instant Motion.

1

2

        Respectfully Submitted,

        */s/ Daphne P. McNutt*
        Daphne P. McNutt (#20292)
        Barry & Co., LLC
        612 Gravier Street
        New Orleans, LA 70130
        dmcnutt@barrylawco.com
        Telephone: (504) 525-5553
        Facsimile: (504) 505-1909
        *Attorneys for Plaintiffs in Intervention,*
        *ArcelorMittal International (Luxembourg)*
        *S.A. and ArcelorMittal (Costa Rica) S.A.*