UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD,<br><br>       *Plaintiff*,<br><br>VERSUS<br><br>M/V ARGOS M, her engines, tackle equipment, appurtenances, etc. *in rem*,<br><br>       *Defendant*. | CIVIL ACTION<br><br>NO. 2:23-cv-00595<br><br>SECTION L (5)<br><br>JUDGE ELDON J. FALLON<br><br>MAGISTRATE JUDGE MICHAEL NORTH |

## *EX – PARTE* REQUEST FOR ORAL ARGUMENT

  Pursuant to Local Rule 78.1, Plaintiff Three Fifty Markets Ltd. ("Plaintiff") respectfully request oral argument on its pending Motion for Summary Judgment at a time and in a manner convenient to the Court and all parties. Plaintiff respectfully suggests that oral argument will assist the Court in consideration of the issues raised in the Motion and further clarify the issues asserted therein.

  **WHEREFORE**, Three Fifty Markets Ltd. requests that this Court grant its Motion for Oral Argument on all issues raised in its Motion for Summary Judgment.

Respectfully submitted:
*/s/ R. Chauvin Kean*
Bradley J. Schlotterer (#24211)
R. Chauvin Kean (#36526)
**KEAN MILLER LLP**
BankPlus Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
Telephone  (504) 585-3050
Fax  (504) 585-3051
brad.schlotterer@keanmiller.com
chauvin.kean@keanmiller.com

- and
William R. Bennett III* (#2513653)
Noe S. Hamra* (#4987996)
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY  10020
(212) 885-5000
William.Bennett@blankrome.com
Noe.Hamra@blankrome.com

*Admitted Pro Hac Vice

*Attorneys for Three Fifty Markets Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 2, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record or parties who have registered to receive electronic service.

 */s/R. Chauvin Kean*
 **R. CHAUVIN KEAN**