UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD,<br><br>       *Plaintiff*,<br><br>VERSUS<br><br>M/V ARGOS M, her engines, tackle equipment, appurtenances, etc. *in rem*,<br><br>       *Defendant*. | CIVIL ACTION<br><br>NO. 2:23-cv-00595<br><br>SECTION L (5)<br><br>JUDGE ELDON J. FALLON<br><br>MAGISTRATE JUDGE MICHAEL NORTH |

## ORDER

Considering Three Fifty Markets Ltd.'s Motion for Summary Judgment, R. Doc. 50,

**IT IS HEREBY ORDERED** that Defendants' motion be **DENIED** for the reasons stated on the record during the November 1, 2023 oral argument.

New Orleans, Louisiana, this 1st day of November, 2023.

              _____
                 United States District Judge