# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD.** | * | CASE NO. 2:23-cv-00595 |
| | * | c/w  2:23-cv-00623 |
| | * | |
| **VERSUS** | * | JUDGE ELDON E. FALLON |
| | * | |
| **M/V ARGOS M, her engines, tackle,** | * | MAGISTRATE JUDGE NORTH |
| **equipment, appurtenances, etc.,** *in rem* | * | |
| | * | APPLIES TO 23-cv-00595 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Argos Bulkers, Inc. ("Argos"), solely as owner and claimant of the M/V ARGOS M, with a full reservation of all rights and defenses pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court for summary judgment in its favor dismissing all claims of plaintiff, Three Fifty Markets Ltd. ("Three Fifty"), on the grounds that Three Fifty lacks evidence for at least one essential element of its claim, all as more fully set forth in the attached Memorandum in Support.

Respectfully Submitted,

**MURPHY, ROGERS, SLOSS,  
      GAMBEL & TOMPKINS**

*/s/ John H. Musser, V*
Peter B. Sloss        (#17142)
psloss@mrsnola.com
John H. Musser, V    (#22545)
jmusser@mrsnola.com
Tarryn E. Walsh       (#36072)
twalsh@mrsnola.com
701 Poydras St., Suite 400
New Orleans, LA 70139
Telephone:   504.523.0400
Facsimile:    504.523.5574
*Attorneys for Argos Bulkers, Inc., solely as owner and claimant of the M/V ARGOS M, with a full reservation of all rights and defenses pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure*

4885-4560-8346, v. 1

4885-4560-8346, v. 1