UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 23-595** |
| **ARGOS M M/V** | * | |
| | * | **SECTION "L" (5)** |
| **REF: 23-623** | | |

## ORDER

Having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

The Court further notes that this Order has no effect on the pending claims between Three Fifty Markets Ltd. v. Argos M M/V, Case No. 23-595.

New Orleans, Louisiana, this 3rd day of January, 2024.

UNITED STATES DISTRICT JUDGE