UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD,<br><br>                        *Plaintiff*,<br><br>VERSUS<br><br>M/V ARGOS M, her engines, tackle equipment, appurtenances, etc. *in rem*,<br><br>                        *Defendant*, | CIVIL ACTION<br><br>NO. 2:23-cv-00595<br><br>*C/W* NO. 2:23-cv-00623<br><br>SECTION L (5)<br><br>JUDGE ELDON J. FALLON<br><br>MAGISTRATE JUDGE MICHAEL NORTH |

**ORDER**

Considering the *Ex-Parte* Unopposed Motion to Continue the Submission Date of the Motion for Summary Judgment (R. Doc. 94) filed by Plaintiff Three Fifty Markets Ltd.:

**IT IS HEREBY ORDERED** that the submission date for the Motion for Summary Judgment (R. Doc. 94) filed by Argos Bulkers, Inc. be and is hereby continued to January 31, 2024, 9:00 a.m. and Plaintiff's Memorandum in Opposition is to be submitted to the Court on or by January 23, 2024.

**IT IS FURTHER ORDERED** that this Court's Scheduling Order be and is hereby amended to permit this continuance; all other deadlines remain in effect.

New Orleans, Louisiana, this 4th day of January, 2024.

*[signature: Eldon C. Fallon]*

United States District Judge