UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD.** | * | CASE NO. 2:23-cv-00595 |
| | * | c/w  2:23-cv-00623 |
| | * | |
| **VERSUS** | * | JUDGE ELDON E. FALLON |
| | * | |
| **M/V ARGOS M, her engines, tackle,** | * | MAGISTRATE JUDGE NORTH |
| **equipment, appurtenances, etc.,** *in rem* | * | |
| | * | APPLIES TO 2:23-cv-00623 |

*******************************************

### JOINT MOTION TO DISMSS WITH PREJUDICE AND TO CANCEL PMG RELEASE BOND WITH RESPECT TO C.A. 2:23-cv-00623

**NOW INTO COURT,** through undersigned counsel, come plaintiff in C.A. 2:23-cv-00623, PMG Holding SRL ("PMG"), and Argos Bulkers, Inc., solely as owner and claimant of the M/V ARGOS M, with a full reservation of all rights and defenses pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure ("Argos"), who move to dismiss Civil Action No. 2:23-cv-00623, with prejudice, as the claims in that Civil Action have been amicably resolved and settled. In accordance with their Mutual Release, Assignment and Settlement Agreement, undersigned counsel for PMG and undersigned counsel for Argos file this Joint Motion to Dismiss with Prejudice and to Cancel PMG Release Bond with Respect to C.A. 2:23-cv-00623, as follows:

1.

PMG moves to dismiss all its claims filed in these consolidated actions, and specifically moves to dismiss its Verified Complaint  (R. Doc. 1 in C.A. 2:23-cv-00623), with prejudice, with each party to bear its respective costs of court and attorneys' fees.

2.

PMG further moves for entry of an order to release and cancel the PMG Release Bond (R. Doc. 33, C.A. 2:23-cv-00595) posted by Argos, as Principals, and United States Fire Insurance Company, as Surety, dated 24 March 2023 and filed into the record on 24 March 2023, and to authorize and instruct the Clerk of Court to return the original PMG Release Bond (R. Doc. 33, C.A. 2:23-cv-00595) to counsel for Argos, namely, Mr. Peter B. Sloss, Mr. John H. Musser, V and Ms. Tarryn E. Walsh, Murphy, Rogers, Sloss, Gambel & Tompkins, 701 Poydras Street, Suite 400, New Orleans, LA 70139.

3.

This Joint Motion to Dismiss with Prejudice and to Cancel PMG Release Bond with Respect to C.A. 2:23-cv-00623 and the proposed Order have been reviewed and discussed by undersigned counsel of record in C.A. 2:23-cv-00623, and there is no objection to the granting of same.

Accordingly, it is respectfully requested that the Court enter the attached final order of Dismissal with prejudice.

Respectfully Submitted,

**BROOKS GELPI HAASÉ, L.L.C.**

*/s/ Philip S. Brooks, Jr.*
PHILIP S. BROOKS, JR., T.A. (LA #21501)
RONALD J. KITTO (LA #28638)
909 Poydras Street, Suite 2325
New Orleans, LA 70112

Telephone:   504.224-6723
Facsimile:   504.534-3170
E-mail:   pbrooks@brooksgelpi.com
          rkitto@brooksgelpi.com

*Attorneys for Plaintiff, PMG Holding SRL*

-     and     -

**MURPHY, ROGERS, SLOSS,
     GAMBEL & TOMPKINS**

*/s/ John H. Musser, V*
Peter B. Sloss (#17142)
psloss@mrsnola.com
John H. Musser, V (#22545)
jmusser@mrsnola.com
Tarryn E. Walsh (#36072)
TWalsh@mrsnola.com
701 Poydras St., Suite 400
New Orleans, LA 70139
Telephone:   504.523.0400
Facsimile:   504.523.5574
***Attorneys for Argos Bulkers, Inc., solely as owner and claimant of the M/V ARGOS M, with a full reservation of all rights and defenses pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure***

4856-6971-5870, v. 1