UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THREE FIFTY MARKETS LTD.**            **CIVIL ACTION**

**VERSUS**            **NUMBER: 23-595**

**ARGOS M M/V**            **SECTION: "L" (5)**

### ORDER

On January 24, 2024, the Motion to Compel Compliance with Court Order and for Sanctions (rec. doc. 98) came on for oral hearing before the undersigned. After the oral hearing, the Court issued a minute entry granting the motion in part and ordering Plaintiff to, *inter alia*, produce to this Court for *in camera* review both redacted and unredacted copies of the documents listed on its privilege log (rec. doc. 104-5) no later than Friday, January 26, 2024 at 3:00 p.m. Plaintiff complied with this Court's Minute Entry. Having reviewed the redacted and unredacted documents, and now finding that Plaintiff properly asserted the attorney-client privilege,

**IT IS ORDERED** that Plaintiff's assertion of the attorney-client privilege as it relates to the documents on its privilege log is **SUSTAINED**. Plaintiff need not produce the unredacted documents to Defendants.

New Orleans, Louisiana, this 5th day of February, 2024.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE