UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 23-595** |
| **M/V ARGOS M, her engines, etc.** *in rem* | * | **SECTION L** |

## ORDER

On February 26, 2024, the Court held a trial without a jury in this matter. At trial, Plaintiff Three Fifty Markets Ltd. sought to introduce an exhibit that would be relevant to the determination of the amount of attorneys' fees. Defendant Argos Bulkers, Inc. opposed introducing the exhibit and provided several reasons. One reason Defendant argued is that the exhibit contained time sheets for matters unrelated to the present case. The Court gave Plaintiff the opportunity to correct the mistake after trial before ruling on its admissibility. The Court received the updated exhibit two days after trial concluded. Finding that the issue of attorneys' fees can be considered after the Court addresses Plaintiff's *in rem* claim for a maritime lien under 46 U.S.C. § 31342 *et seq.*,

**IT IS HEREBY ORDERED** that determining the admissibility of Exhibit 26 be **DEFERRED**. The Court reserves the right to rule on its admissibility should the issue of attorneys' fees be reached. Further, the Court reserves the right to hold a hearing on the matter at a later time to be determined.

New Orleans, Louisiana, this 1st day of March, 2024.

_____
United States District Judge