UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD.** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 23-595 |
| M/V ARGOS M, her engines, etc. *in rem* | * | SECTION L |

### ORDER

At this time, the Court is reviewing the the testimony, exhibits introduced into evidence, the applicable admissible portions of the record, and post-trial memorandums submitted by the parties. The parties touch on the factors of *Lauritzen v. Larsen*, 345 U.S. 571 (1953) to determine which country's law governs the formation of Three Fifty Ltd.'s General Terms and Conditions and whether the choice-of-law clause was validity incorporated into the agreement. The Court however finds that additional discussion is needed. Accordingly, to assist the Court in making its findings of facts and conclusions of law,

**IT IS HEREBY ORDERED** that the parties submit supplemental briefing on which law governs the contract's formation and incorporation of its terms by Friday, March, 22, 2024, at 5:00 P.M. C.S.T.

New Orleans, Louisiana, this 14th day of March, 2024.

_____
United States District Judge