MINUTE ENTRY
FALLON, J.
MAY 8, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD. | CIVIL ACTION |
| VERSUS | NO. 23-595 |
| M/V ARGOS M | SECTION: L (3) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances: Richard C. Kean, Esq., for Plaintiff
            Tarryn Walsh, Esq., for Defendant

---

Hearing on the issue of attorney's fees incurred in connection with this litigation  (140)

After argument was heard – matter was taken under submission.

Defendant's opposition to Plaintiff's pending motion to fix award of attorney's fees (Rec. Doc. 141), is due by Wednesday, May 15, 2024, by 5:00pm and Plaintiff's reply memorandum, if any, is due by Monday, May, 20, 2024, by 5:00pm.

Plaintiff submitted to the Court unredacted versions of invoices, which will be attached to this minute entry to be entered into the record under seal.

JS10:   :22