# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THREE FIFTY MARKETS LTD. | CIVIL ACTION |
| VERSUS | NO. 23-595 |
| M/V ARGOS M, ET AL | SECTION: L (3) |

## J U D G M E N T

Considering the Court's Findings of Fact and Conclusions of Law entered herein on April 26, 2024, R. Doc. 140, and the Court's Order and Reasons entered herein on May 29, 2024, R. Doc. 145, accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Three Fifty Markets Ltd. is entitled to $629,600.00, for the fuel provided to M/V Argos, plus prejudgment interest at the applicable yearly Louisiana judicial rate described in the Court's Findings of Facts and Conclusions of Law, R. Doc. 140, plus *custodia legis* fees at $31,530.73, for a total amount of $722,641.79, plus any post judgment interest at the federal rate until paid. **IT IS FURTHER ORDERED** that this case be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

New Orleans, Louisiana, this   5th   day of June, 2024.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**